UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23336-JEM

OLGA SANCHEZ MARQUEZ,

    Plaintiff,

vs.

OLD NAVY, LLC,
    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. The parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to stay all deadlines, which will allow the parties to finalize their settlement agreement and submit the required dismissal document dismissing this case with prejudice.

Dated: December 1, 2025.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By:  *s/ Roderick V. Hannah* | By:  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**MORGAN LEWIS & BOCKIUS LLP**
Counsel for Defendant
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
T. 305/415-3308
305/415-3001 (Facsimile)

By: *s/ Beth S. Joseph*
    BETH S. JOSEPH
    Fla. Bar No. 62952