UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23336-CIV-MARTINEZ

**OLGA SANCHEZ MARQUEZ**,

    Plaintiff,

v.

**OLD NAVY, LLC**,

    Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the Joint Notice of Settlement [ECF No. 13], filed on December 1, 2025.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The parties shall file a stipulation of dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed order of dismissal or final judgment; and any other documents necessary to conclude this action **on or before February 8, 2026**.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

    2.    If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

    3.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2025.

*[signature: Cecilia M. Altonaga]*
_____
**CECILIA M. ALTONAGA** *for*
**JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record